IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

DARLENE MCCOY,

    Plaintiff,

v.                                        Civil Action No. 3:23-cv-00187

NATIONWIDE MUTUAL AUTOMOBILE
INSURANCE COMPANY and MICHAEL
HATFIELD (*in name only*),

    Defendants.

## Agreed Order Dismissing Plaintiff's Claims

On this day came Plaintiff, Darlene McCoy, by counsel, and Defendant, Nationwide Mutual Automobile Insurance Company (collectively the "Parties"), by counsel, and respectfully inform this Court that all issues and disputes in the above-styled civil action have been compromised and settled. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Parties jointly move this Honorable Court to dismiss, with prejudice, all of Plaintiff's claims asserted in this civil action. The Parties represent that each shall pay their own fees, costs and expenses incurred in presenting their claims and/or defenses.

The Court, being advised of the settlement and compromise of all claims by and among the same, does hereby ORDER, ADJUDGE and DECREE that Plaintiff's claims are DISMISSED WITH PREJUDICE and stricken from the docket.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this ___ day _____, 2023.

_____
The Honorable Robert C. Chambers

Prepared and submitted by:

/s/ Patrick C. Timony
Patrick C. Timony (W. Va. 11717)
Joshua A. Lanham (W. Va. 13218)
BOWLES RICE LLP
1600 Quarrier Street
Charleston, West Virginia 25325-1386
(304) 347-1752
ptimony@bowlesrice.com
*Counsel for Nationwide Mutual Insurance Company*

Agreed to by:

/s/ Kenneth P. Hicks
Kenneth P. Hicks, Esq. (W. Va. 5063)
Jared T. Hicks. Esq. (W. Va. 14008)
KENNETH P. HICKS, L.C.
742 Fourth Avenue
Huntington, West Virginia 25701
*Counsel for Plaintiff Darlene McCoy*

16222133.1